UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: EDCV 14-01394-SJO (MAN)                                Date: July 11, 2014

Title:   Freddie Royal, Jr. v. Dave Davey, Warden
================================================================================
DOCKET ENTRY:        ORDER TO SHOW CAUSE RE: EXHAUSTION
================================================================================
PRESENT:

        Hon. Margaret A. Nagle    , United States Magistrate Judge

        Earlene Carson                          N/A
        Deputy Clerk                            Court Reporter/Tape No.

ATTORNEYS PRESENT FOR PETITIONER:              ATTORNEYS PRESENT FOR RESPONDENTS:

  N/A                                          N/A

**PROCEEDINGS (In Chambers):**

This action commenced on July 9, 2014, when Petitioner, who is represented by counsel, filed a habeas petition pursuant to 28 U.S.C. § 2254 ("Petition"). The Petition pleads a single claim, *to wit*, that "[t]he kidnapping jury instructions, coupled with the omission of a necessary clarifying instruction, rendered Royal's trial fundamentally unfair by hopelessly confusing the jury on the critical issue of intent." (Petition at 12.) Petitioner contends that the instructions given to the jury regarding the charged counts of kidnapping were ambiguous and confusing, because the instructions failed to clarify that the two kidnapping statutes at issue had different intent elements and that the jury had to decide each intent independently and separately from each other. (*Id.* at 1, 14-20.)

With respect to the exhaustion requirement, Petitioner alleges that he "exhausted a claim challenging his jury instructions" in the California Supreme Court, but it was "not the precise claim he presents" in the instant Petition. (Petition at 4.) Although Petitioner has appended a copy of the California Court of Appeal's January 31, 2013 decision on appeal to the Petition as Exhibit A, he has not provided a copy of his petition for review filed in Case No. S209110.

Having reviewed the California Court of Appeal's January 31, 2013 decision, the Court doubts that the claim alleged in the Petition is exhausted. Based upon the state appellate court's description of the claims raised by Petitioner and its discussion of them, it appears that Petitioner did not raise

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. ED CV 14-01394-SJO (MAN)                                         Date: July 11, 2014

his present claim on appeal. However, without a consideration of the petition for review, the Court cannot determine whether, in fact, the Petition is exhausted or unexhausted.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Petitioner should not be dismissed for lack of exhaustion. **By no later than August 4, 2014,** Petitioner shall file a response to this Order To Show Cause, which shall append as an exhibit a copy of the petition for review filed in Case No. S209110. Petitioner must identify for the Court the specific language in the petition for review that allegedly alerted, or should have alerted, the California Supreme Court to the claim presented in the instant Petition and fairly presented such claim.

> **Petitioner is cautioned that a failure to timely respond to this Order To Show Cause, and to demonstrate that he exhausted his claim, will result in a recommendation that this action be summarily dismissed, without prejudice, for lack of exhaustion.**

IT IS SO ORDERED.