UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDDIE ROYAL, JR.,** | ) NO. CV 14-1394-SJO (MAN) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| **DAVE DAVEY, WARDEN,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: July 30, 2014.

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE